JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMILIO LOPEZ,<br><br>            Petitioner,<br>  vs.<br>MARION SPEARMAN, Warden,<br><br>            Respondent. | Case No. CV 13-6475-GW (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: February 13, 2015

                                                      _____
                                                      GEORGE H. WU
                                                      UNITED STATES DISTRICT JUDGE